IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00090-PAB-MJW

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff(s),

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the defendant's Motion to Vacate and Reset the April 9, 2013 Scheduling Conference (Docket No. 14) is granted.  Accordingly, the Rule 16 Scheduling Conference set for April 9, 2013, at 10:00 a.m. is VACATED and RESET on May 7, 2013, at 10:30 a.m.  The parties shall submit their proposed Scheduling Order on or before May 1, 2013.

Date: February 22, 2013