IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00090-PAB-MJW

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff(s),

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is here ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 36) is GRANTED finding good cause shown.  The written Stipulated Protective order (docket no. 36-1) is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: August 5, 2013