## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-00090-PAB-MJW          FTR - Courtroom A-502

**Date:**  February 10, 2014                      Courtroom Deputy, Ellen E. Miller

*Parties*                                          *Counsel*

LEHMAN BROTHERS HOLDINGS INC.,                     Christopher P. Carrington

    Plaintiff(s),

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY,               Philip R. Stein
LLC,                                               Enza G. Bederone
                                                   Marisa C. Ala

    Defendant(s).

---

### COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **FINAL PRETRIAL CONFERENCE**
**Court in Session:**   9:09 a.m.
Court calls case. Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

**It is ORDERED**:   The proposed FINAL PRETRIAL ORDER which was tendered to the court, and modified from the bench, is made an order of court.

Currently set before District Judge Philip A. Brimmer:
Trial Preparation Conference: June 23, 2014 at 2:30 p.m.
Four (4) day trial to a jury:   July 21, 2014 at 8:00 a.m.

Hearing concluded.
**Court in recess:**   9:21 a.m.
Total In-Court Time 00:12