IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-00090-PAB-MJW

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

    Defendant.

## ORDER

This matter is before the Court on the joint motion to stay litigation filed by plaintiff Lehman Brothers Holdings, Inc. and defendant Universal American Mortgage Company, LLC [Docket No. 142]. The parties seek an order staying this litigation pending resolution of appeals in five related cases, Nos. 13-cv-00091-REB-KMT, 13-cv-00088-CMA-MEH, 13-cv-00093-CMA-MJW, 13-cv-00087-CMA-MJW, and 13-cv-00092-WJM-BNB, which are currently pending in the Tenth Circuit and which have been consolidated (the "consolidated appeals"). Docket No. 142 at 2. The parties have filed identical motions to stay in two related cases, *Lehman Brothers Holdings Inc. v. Universal American Mortgage Company, LLC*, No. 13-cv-00089-RM-KLM (Docket No. 84), and *Aurora Commercial Corp. v. Universal American Mortgage Company*, No. 12-cv-02067-CMA-MJW (Docket No. 92). The Court held a status conference on October 10, 2014 during which the instant motion was discussed. Having considered the parties' position, it is

**ORDERED** that plaintiff Lehman Brothers Holdings Inc. and defendant Universal American Mortgage Company, LLC's Joint Motion to Stay Litigation [Docket No. 142] is **GRANTED**. It is further

**ORDERED** that, pursuant to D.C.COLO.LCivR 41.2, this matter is administratively closed. It is further

**ORDERED** that, pursuant to D.C.COLO.LCivR 41.2, plaintiff Lehman Brothers Holdings, Inc.'s Request for Limited Voir Dire [Docket No. 106], defendant Universal American Mortgage Company, LLC's Omnibus Motion *in Limine* [Docket No. 132], and plaintiff Lehman Brothers Holdings, Inc.'s Combined Motion in *Limine* [Docket No. 135] are **DENIED** without prejudice. It is further

**ORDERED** that the parties shall submit a status report thirty days after the Tenth Circuit Court of Appeals issues a decision in the consolidated appeals, or, if no decision has issued by March 31, 2015, then the parties shall submit a status report on or before May 1, 2015.

DATED October 10, 2014.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge